1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7

8    RUDOLFO ROJAS, et al.,                      )
                                                 )
9                    Plaintiff(s),               )    Case No. 2:13-cv-02260-JCM-NJK
                                                 )
10   vs.                                         )    ORDER DENYING MOTION
                                                 )    FOR EXTENSIONS
11   PAUL DWAYNE SHINE, et al.,                  )
                                                 )    (Docket No. 19)
12                   Defendant(s).               )
     _____ )

13          Pending before the Court is a motion to extend various deadlines set forth in the scheduling

14   order, filed on April 29, 2014.  Docket No. 19.  Among other extensions, the motion seeks a partial

15   extension for the initial expert disclosure deadline that expired on April 10, 2014 and of the rebuttal

16   expert deadline that is set to expire on May 12, 2014.  *See id.* at 4.  The deadline for filing a request

17   for an extension is 21 days before expiration of the subject deadline.  Local Rule 26-4.  Where

18   parties fail to meet that deadline, they must establish excusable neglect for not doing so.  *Id.*

19   Accordingly, the pending motion must be supported by both a showing of good cause and excusable

20   neglect.

21          The pending motion discusses only the "good cause" standard.  *See* Docket No. 19 at 3.

22   Accordingly, the motion to extend is hereby **DENIED** without prejudice.  A renewed motion

23   addressing excusable neglect and good cause may be filed no later than May 2, 2014.  Any response

24   shall be filed no later than May 7, 2014, and any reply shall be filed no later than May 9, 2014.

25          IT IS SO ORDERED.

26          DATED: April 30, 2014

27                                               _____
                                                 NANCY J. KOPPE
28                                               United States Magistrate Judge