**STIP**
**KYM SAMUEL CUSHING, ESQ.**
Nevada Bar No. 4242
**KEVIN S. SMITH, ESQ.**
Nevada Bar No. 7184
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
Kym.Cushing@wilsonelser.com
Kevin.Smith@wilsonelser.com
Attorneys for defendants
PAUL DWAYNE SHINE and MOUNTAIN WEST MILK TRANSPORT CORPORATION

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO ROJAS and LUIS ROJAS, | CASE NO: 2:13-cv-02260-RFB-NJK |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| PAUL DWAYNE SHINE and MOUNTAIN WEST MILK TRANSPORT CORPORATION; DOES 1 through 10; and ROE ENTITIES 11 through 20, | |
| Defendants. | |
| PAUL DWAYNE SHINE and MOUNTAIN WEST MILK TRANSPORT CORPORATION, | |
| Counter-Claimants, | |
| v. | |
| RODOLFO ROJAS, | |
| Counter-Defendant. | |
| PAUL DWAYNE SHINE and MOUNTAIN WEST MILK TRANSPORT CORPORATION, | |
| Third-Party Plaintiffs, | |
| v. | |
| JOSEPHINE M. PIZANO, | |
| Third-Party Defendant. | |

. . .

709762v.1

## STIPULATION AND ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Richard Harris, Esq. and Bryan Boyack, Esq. of RICHARD HARRIS LAW FIRM, attorneys for plaintiffs RODOLFO ROJAS and LUIS ROJAS; and Kym Samuel Cushing, Esq. and Kevin S. Smith, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff MOUNTAIN WEST MILK TRANSPORT CORPORATION; that the plaintiffs' complaint and all causes of action contained therein for Case No. 2:13-cv-02260-RFB-NJK, pending in the United States District Court for the District of Nevada, is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

It is further STIPULATED that any and all counter-claims, cross-claims, third-party actions and other claims of any kind stemming from the subject matter of Case No. 2:13-cv-02260-RFB-NJK are DISMISSED WITH PREJUDICE, with each party to bear their own respective costs and attorney's fees.

The plaintiffs' claims against Defendant/Counter-Claimant/Third-Party Plaintiff PAUL DWAYNE SHINE were previously dismissed by order of the Court on November 4, 2014 (Court's Docket No. 33). The third-party action against Third-Party Defendant JOSEPHINE M. PIZANO was previously dismissed by order of the Court on April 6, 2015 (Court's Docket No. 37).

The parties respectfully request that any appearances scheduled before the Court in Case No. 2:13-cv-02260-RFB-NJK be taken OFF CALENDAR.

Dated this 21st day of May, 2015.                    Dated this 20th day of May, 2015.

**WILSON, ELSER, MOSKOWITZ,**                        **RICHARD HARRIS LAW FIRM**
**EDELMAN & DICKER LLP**

Kym Samuel Cushing, Esq.                             RICHARD HARRIS, ESQ.
Kevin S. Smith, Esq.                                 BRYAN BOYACK, ESQ.
300 South 4th Street, 11th Floor                     801 S. Fourth Street
Las Vegas, NV 89101                                  Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401                   Attorneys for Plaintiffs
Attorneys for MOUNTAIN WEST MILK                     RODOLFO ROJAS and LUIS ROJAS
TRANSPORT CORPORATION

709762v.1

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) The plaintiffs' complaint and all causes of action contained therein for Case No. 2:13-cv-02260-RFB-NJK, pending in the United States District Court for the District of Nevada, is DISMISSED WITH PREJUDICE.

(2) Any and all counter-claims, cross-claims, third-party actions and other claims of any kind stemming from the subject matter of Case No. 2:13-cv-02260-RFB-NJK are DISMISSED WITH PREJUDICE.

(3) Any appearances scheduled before the Court in Case No. 2:13-cv-02260-RFB-NJK be taken OFF CALENDAR.

(4) Each party is to bear their own respective costs and attorney's fees.

ALL OTHER RELIEF NOT EXPRESSLY GRANTED IN THIS ORDER IS DENIED.

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 31st day of May, 2015.

709762v.1